IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                PLAINTIFF/RESPONDENT

   v.                     No. 2:12CV2062
                        No. 2:09CR20067

OSCAR ARMANDO ORTIZ                       DEFENDANT/PETITIONER

## **ORDER**

Now on this 4th day of June 2012, there comes on for consideration the report and recommendation filed herein on May 9, 2012, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 27). The parties did not file any written objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the 28 U.S.C. § 2255 motion (Doc. 23) is DENIED and DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge